Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 09-70605-HDH-13 |
| RYAN DAVID GRAHAM | HEARING DATE:  8/18/2010 |
| JAMIE LYNN GRAHAM | HEARING TIME:   10:00am |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2009-03 and would respectfully show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | BAYSTATE GAS | $50.00 | 013 0 U | COLLECTION COMPANY OF AMERICA | $183.00 |
| 014 0 U | CREDIT MANAGEMENT | $292.00 | 015 0 U | EXECUTIVE SERVICES | $559.00 |
| 016 0 U | EXECUTIVE SERVICES | $559.00 | 017 0 U | EXECUTIVE SERVICES | $542.00 |
| 018 0 U | EXECUTIVE SERVICES | $389.00 | 019 0 U | EXECUTIVE SERVICES | $127.00 |
| 020 0 U | EXECUTIVE SERVICES | $61.00 | 021 0 U | UNITED REVENUE CORP | $446.00 |
| 022 0 U | UNITED REVENUE CORP | $210.00 | 023 0 U | UNITED REVENUE CORP | $189.00 |
| 024 0 U | UNITED REVENUE CORP | $189.00 | 025 0 U | UNITED REVENUE CORP | $170.00 |
| 026 0 U | UNITED REVENUE CORP | $150.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | BAC HOME LOANS SERVICING | HOME ARREARS THRU 12-2009 | $4,369.03 | $69,859.39 | 6.63% | 60 | $123.11 PAID BY TRUSTEE |
| 009 0 | BAC HOME LOANS SERVICING | DIRECT PMTS BEGIN 1-2010 | $69,859.39 | $69,859.39 | | | PD DIRECT BY DEBTOR |
| 010 0 * | CITIFINANCIAL RETAIL SERVICES | APPLIANCES -- NO CLAIM FILED. | | $1,690.00 | 10.00% | 60 | $52.39 PAID BY TRUSTEE |
| | No payments will be made unless a proof of claim is filed. | | | | | | |
| 011 0 | WICHITA COUNTY | 09 PROPERTY TAXES | $1,581.75 | $69,859.00 | | | PD DIRECT BY DEBTOR |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 029 0 U * | CITICORP TRUST BANK | $1,717.47 | 031 0 U * | SFC CENTRAL BANKRUPTCY | $384.00 |
| | *LOAN* | | | *PURCHASES/MAVERICK FINANCE* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim.  Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2009-03 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Debtor shall pay $183 per month beginning January 2010 for 8 months; then Debtor shall pay $200 per month beginning September 2010 for the remaining 52 months for a total plan base amount of $11,864.00.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 8/18/2010 AT 10:00am CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2009-03 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   7/8/2010                                              /s/ Walter O'Cheskey

                                                              _____
                                                              Walter O'Cheskey
                                                              Chapter 13 Trustee

```
BAC HOME LOANS SERVICING 7105 CORPORATE DRIVE PTX-B-209 PLANO TX 75024
BAYSTATE GAS PO BOX 67015  HARRISBURG PA 17106
CITICORP TRUST BANK PO BOX 140489  IRVING TX 75014
CITICORP TRUST BANK PO BOX 70923  CHARLOTTE NC 28272
CITIFINANCIAL RETAIL SERVICES PO BOX 140489  IRVING TX 75014
CITY OF WICHITA FALLS, WF ISD AND COUNTY C/O PERDUE BRANDON FIELDER COLLINS & MOT PO BOX 8188 WICHITA FALLS TX 76307
COLLECTION COMPANY OF AMERICA 700 LONWATER DRIVE  NORWELL MA 02061
COUNTRYWIDE HOME LENDING ATT:  BANKRUPTCY SV 314B PO BOX 5170 SIMI VALLEY CA 93062
CREDIT MANAGEMENT 4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
EXECUTIVE SERVICES 1200 AUSTIN ST  WICHITA FALLS TX 76301
INTERNAL REVENUE SERVICE PO BOX 21125 PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
NATIONAL CAPITAL MANAGEMENT 8245 TOURNAMENT DRIVE STE 230  MEMPHIS TN 38125
RYAN DAVID GRAHAM & JAMIE LYNN GRAHAM 4027 BOREN AVE  WICHITA FALLS TX 76309
SFC CENTRAL BANKRUPTCY PO BOX 1893  SPARTANBURG SC 29304
UNITED REVENUE CORP 204 BILLINGS ST STE 120 ATTN OFFICE MANAGER ARLINGTON TX 76010
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEST & ASSOCIATES 555 REPUBLIC DRIVE STE 101  PLANO TX 75074
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```